**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE MATTER OF: CONDEMNATION BY THE REDEVELOPMENT AUTHORITY OF FAYETTE COUNTY OF CERTAIN LAND IN BROWNSVILLE BOROUGH, FAYETTE COUNTY, PENNSYLVANIA, BEING PROPERTY OF:   ALPHA FINANCIAL MORTGAGE, INC., ITS SUCCESSORS ASSIGNS, OR ANY OTHER PERSON  OR ENTITY FOUND TO HAVE INTEREST IN THE PROPERTY | : : : : : : : : : : : : : : : : : : | No. 48 WAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : : : : : : | |
| REDEVELOPMENT AUTHORITY OF FAYETTE COUNTY | : : : : : | |
| PETITION OF:  ALPHA FINANCIAL MORTGAGE, INC. | : : | |
| IN THE MATTER OF: CONDEMNATION BY THE REDEVELOPMENT AUTHORITY OF FAYETTE COUNTY OF CERTAIN LAND IN BROWNSVILLE BOROUGH, FAYETTE COUNTY, PENNSYLVANIA, BEING PROPERTY OF:   ERNEST E. LIGGETT AND MARILYN KOSTIC LIGGETT | : : : : : : : : : : : : : : | No. 49 WAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : : : : : : | |
| REDEVELOPMENT AUTHORITY OF FAYETTE COUNTY | : : : : : : | |
| PETITION OF: ERNEST E. LIGGETT AND MARILYN KOSTIC LIGGETT | : : | |
| IN THE MATTER OF: CONDEMNATION BY THE REDEVELOPMENT | : : | No. 50 WAL 2017 |

AUTHORITY OF FAYETTE COUNTY OF CERTAIN LAND IN BROWNSVILLE BOROUGH, FAYETTE COUNTY, PENNSYLVANIA, BEING PROPERTY OF: BROWNSVILLE GROUP, LTD.

          v.

REDEVELOPMENT AUTHORITY OF FAYETTE COUNTY

PETITION OF: BROWNSVILLE GROUP, LTD.

: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

IN THE MATTER OF: CONDEMNATION BY THE REDEVELOPMENT AUTHORITY OF FAYETTE COUNTY OF CERTAIN LAND IN BROWNSVILLE BOROUGH, FAYETTE COUNTY, PENNSYLVANIA, BEING PROPERTY OF: MANOR INVESTMENTS, LTD.

          v.

REDEVELOPMENT AUTHORITY OF FAYETTE COUNTY

PETITION OF: ALPHA FINANCIAL MORTGAGE, INC., ET AL.

: No. 51 WAL 2017

: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.